## SOUTHERN RAILWAY COMPANY V. HAYWOOD.

### *Damages for Death.*

(Decided July 6, 1906. 41 So. Rep. 951.)

APPEAL from Morgan Circuit Court.
Heard before Hon. O. KYLE.
HUMES & SPEAKE, for appellant.
W. W. CALLAHAN and E. W. GODBY, for appellee.
Reversed and remanded.
Opinion by HARALSON, J.
TYSON, SIMPSON, ANDERSON and DENSON, JJ., concur.
HARALSON and DOWDELL, JJ., dissent.

---

## GRAYSON V. HAISLIP.

### *Bill for Reformation of Deed.*

(Decided June 30, 1906. 41 So. Rep. 951.)

APPEAL from Madison Chancery Court.
Heard before Hon. W. H. SIMPSON.
D. A. GRAYSON, and S. S. PLEASANTS, for appellant.
COOPER & FOSTER, for appellee.
Affirmed in part and in part reversed and remanded.
Opinion by McCLELLAN, C. J.
HARALSON, TYSON, DOWDELL and DENSON, JJ., concur.

---

## MITCHELL V. THE STATE.

### *Retailing Without License.*

(Decided April 11, 1906. 41 So. Rep. 952.)

APPEAL from Franklin Circuit Court.
Heard before Hon. E. B. ALMON.
JAMES & WILLIAMS, for appellant.
MASSEY WILSON, Attorney General, for State.
Reversed and remanded.
Opinion by HARALSON, J.
All the Justices concur.